AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

BRIAN KERRY O'KEEFE,

    Petitioner,          JUDGMENT IN A CIVIL CASE

v.

        CASE NUMBER: **3:16-cv-00430-MMD-VPC**

ROBERT LeGRAND, et al.,

    Respondent(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis,* accompanied by a signed financial certificate and a statement of his inmate account.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

August 5, 2016                                       **LANCE S. WILSON**
                                                                           Clerk

                                                                           /s/ K. Rusin
                                                                           Deputy Clerk